Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | In Proceedings Under Chapter 13 |
|---|---|
| Darrin T. Thomas | Case No. 2:04-bk-20780-SSC |
| and | |
| Debra R. Thomas | **TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS OF CREDITOR TO COURT** |
| Debtors. | |

Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. § 347(a) and Rule 3011, F.R.B.P., moves the Court to allow him to pay unclaimed funds to the Court. The Trustee issued the following disbursement check, but the check has not been presented for payment by the creditor or the post office returned it as undeliverable. More than ninety days has passed from the date of issuance and the Trustee has put a stop payment on the check or voided it.

Following is the creditor information used by the Trustee:

| Creditor Name: | Proof of Claim Address: | Last-Known Address: | Claim No, If Any: | Amount: |
|---|---|---|---|---|
| National Debt Network, LP | National Debt Network, LP<br>501 Pine Avenue #100<br>Long Beach, CA 90802 | National Debt Network LP<br>65 Pine Ave., #720<br>Long Beach, CA 90802 | 10-1 | $19.73 |

Also, the Trustee has done the following in an unsuccessful attempt to locate the creditor:

The Trustee received no change of address for the creditor or other contact information.

According to the Court claims docket, the creditor has filed no address change.

The Trustee office called the creditor's telephone number on the proof of claim or otherwise available.

A search of the Arizona Corporation Commission and Secretary of State websites show no such entity, no updated address for such entity, or that such entity no longer exists.

A Google search showed no new contact information.

No new contact information was found at www.whitepages.com.

Therefore, the Trustee moves the Court for an Order allowing him to pay the creditor's unclaimed funds to the Court.

_____
Russell Brown
Chapter 13 Trustee

2